UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1532
(7:20-cv-00134-EKD)

_____

MOUNTAIN VALLEY PIPELINE, LLC

      Plaintiff - Appellee

v.

8.37 ACRES OF LAND, OWNED BY FRANK H. TERRY, JR., JOHN COLES TERRY, III, AND ELIZABETH LEE TERRY ALSO KNOWN AS ELIZABETH LEE REYNOLDS ROANOKE COUNTY TAX MAP PARCEL NO. 102.00-01-02.00-0000 AND BEING MVP PARCEL NO. VA-RO-046

      Defendant - Appellant

and

CHARLES MALCOLM LOLLAR, SR.

      Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is reversed. The district court order entered March 29, 2024, is vacated and

this case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK