# U.S. COURT OF APPEAL FOR THE FOURTH CIRCUIT BILL OF COSTS FORM
(Civil Cases)

**Directions:** Under FRAP 39(a), the costs of appeal in a civil action are generally taxed against appellant if a judgment is affirmed or the appeal is dismissed. Costs are generally taxed against appellee if a judgment is reversed. If a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed as the court orders. A party who wants costs taxed must, within 14 days after entry of judgment, file an itemized and verified bill of costs, as follows:
- Itemize any fee paid for docketing the appeal. The fee for docketing a case in the court of appeals is $600 (effective 12/1/2023). The $5 fee for filing a notice of appeal is recoverable as a cost in the district court.
- Itemize the costs (not to exceed $.15 per page) for copying the necessary number of formal briefs and appendices. (The court typically orders 4 copies when tentatively calendared; 0 copies for service unless brief/appendix is sealed.). The court bases the cost award on the page count of the electronic brief/appendix. Costs for briefs filed under an informal briefing order are not recoverable.
- Cite the statutory authority for an award of costs if costs are sought for or against the United States. See 28 U.S.C. § 2412 (limiting costs to civil actions); 28 U.S.C. § 1915(f)(1) (prohibiting award of costs against the United States in cases proceeding without prepayment of fees).

Any objections to the bill of costs must be filed within 14 days of service of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

Case Number & Caption: Case No. 23-1532, Mountain Valley Pipeline, LLC v. 8.37 Acres of Land

Prevailing Party Requesting Taxation of Costs: 8.37 Acres of Land, et al. (owners of the land)

| Appellate Docketing Fee (prevailing appellants): | | Amount Requested: 500 | | | Amount Allowed: | |
|---|---|---|---|---|---|---|
| **Document** | **No. of Pages** | | **No. of Copies** | | **Page Cost (≤$.15)** | **Total Cost** | |
| | Requested | Allowed (court use only) | Requested | Allowed (court use only) | | Requested | Allowed (court use only) |
| Opening Brief | 65 | | 5 | | .15 | 48.75 | |
| Joint Appendix | 1292 | | 5 | | .15 | 969 | |
| Reply Brief | 24 | | 5 | | .15 | 18.00 | |
| **TOTAL BILL OF COSTS:** | | | | | | 1,536 | |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 permits an award of costs.
3. I declare under penalty of perjury that these costs are true and correct and were necessarily incurred in this action.

Signature: _[signature]_ Date: May 22, 2024

## Certificate of Service

I certify that on this date I served this document as follows: CM/ECF service

Signature: _[signature]_ Date: May 22, 2024

# LANTAGNE LEGAL PRINTING

P.O. Box 2472
Richmond, Virginia  23218
804-644-0477    800-847-0477
Tax ID No.: 54-1629032

**Bill To:**

NORMAN A. THOMAS, PLLC
Attn:  Norman A. Thomas, Esquire
1015 East Main Street, Lower Level
Richmond, Virignia  23219-3549

# Invoice

Invoice Date: 9/11/2023
Invoice #: **230882**
Due Date: 10/11/2023

**Thank You**

| Description | Amount |
|---|---|
| PRE-COPY SERVICES PROVIDED FOR THE BRIEF OF APPELLANT:<br><br>* Proofed for compliance with court rules<br>* Prepared cover, table of contents and table of authorities<br>* Format and bookmark brief and further changes as instructed by client<br>* Prepared digital brief per court requirements and final proof sent before filing<br>* Filed the brief electronically serve opposing counsel per certificate instructions<br>* Email confirmation to client of filing and service<br>  (66 pages) | 600.00 |
| PRE-COPY SERVICES PROVIDED FOR THE JOINT APPENDIX:<br><br>* Organized documents per court rules<br>* Numbered appendix and reviewed proof volumes<br>* Created tables of contents and covers<br>* Prepared and delivered paper proof and/or text searchable<br>* PDF proof for client's review;  Adjustments to appendix as directed by client<br>* Prepared digital appendix for court per court requirements<br>* Electronic filed with the court; serve opposing counsel per certificate instructions<br>* Email confirmation to client of filing and service<br>  (1304 pages) | 2,858.00 |
| **Filed:  9/11/2023**<br>**U.S. Court of Appeals for the 4th Circuit**<br>**No. 23-1532**<br>**Mountain Valley Pipeline**<br>  **v. 8.37 Acres of Land** | |

| TERMS:  NET 30 DAYS - ANY BALANCE OVER 30 DAYS SUBJECT TO A $30.00 LATE FEE AND 1.5% INTEREST PER MONTH | Sales Tax (6.0%) | $0.00 |
|---|---|---|
| | **Total** | **$3,458.00** |

We accept MASTERCARD, VISA and AMERICAN EXPRESS via telephone.

# LANTAGNE LEGAL PRINTING

P.O. Box 2472

Richmond, Virginia  23218

804-644-0477    800-847-0477

Tax ID No.: 54-1629032

**Bill To:**

NORMAN A. THOMAS, PLLC
Attn: Norman A. Thomas, Esquire
1015 East Main Street, Lower Level
Richmond, Virignia  23219-3549

# Invoice

Invoice Date: 10/31/2023

Invoice #: **231122**

Due Date: 11/30/2023

Thank You

| Description | Amount |
|---|---|
| PRE-COPY SERVICES PROVIDED FOR THE REPLY BRIEF OF APPELLANT:<br><br>* Proofed for compliance with court rules<br>* Prepared cover, table of contents and table of authorities<br>* Format and bookmark brief and further changes as instructed by client<br>* Check all Joint Appendix references for proper reference methods<br>* Prepared digital brief per court requirements and final proof sent before filing<br>* Filed the brief electronically serve opposing counsel per certificate instructions<br>* Email confirmation to client of filing and service<br>  (25 pages) | 400.00 |

Filed: 10/31/2023
U.S. Fourth Circuit
No. 23-1532
Mountain Valley Pipeline, LLC
  v. 8.37 Acres of Land

| TERMS: NET 30 DAYS - ANY BALANCE OVER 30 DAYS SUBJECT TO A $30.00 LATE FEE AND 1.5% INTEREST PER MONTH | Sales Tax (6.0%) | $0.00 |
|---|---|---|
| | **Total** | **$400.00** |

We accept MASTERCARD, VISA and AMERICAN EXPRESS via telephone.

# LANTAGNE LEGAL PRINTING

P.O. Box 2472
Richmond, Virginia 23218
804-644-0477
Tax ID No.: 54-1629032

**Bill To:**

NORMAN A. THOMAS, PLLC
Attn: Norman A. Thomas, Esquire
1015 East Main Street, Lower Level
Richmond, Virignia 23219-3549

# Invoice

Invoice Date: 12/28/2023
Invoice #: **231363**
Due Date: 1/27/2024

Thank You

| Description | Amount |
| --- | --- |
| Oral Argument scheduled: Requires additional copies to be filed at Court | |
| 4 copies of a 65 page Brief of Appellant | 60.00T |
| 4 copies of a 1292 page Joint Appendix | 775.20T |
| 4 copies of a 24 page Reply Brief | 60.00T |

Delivered to Court: 12/28/2023
U.S. Court of Appeals for the 4th Circuit
No. 23-1532
Mountain Valley Pipeline
  v. 8.37 Acres of Land

| | | |
| --- | --- | --- |
| TERMS: NET 30 DAYS - ANY BALANCE OVER 30 DAYS SUBJECT TO A $30.00 LATE FEE AND 1.5% INTEREST PER MONTH | Sales Tax (6.0%) | $53.71 |
| | **Total** | **$948.91** |

We accept MASTERCARD, VISA and AMERICAN EXPRESS via telephone.