UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1532
(7:20-cv-00134-EKD)

_____

MOUNTAIN VALLEY PIPELINE, LLC

    Plaintiff - Appellee

v.

8.37 ACRES OF LAND, OWNED BY FRANK H. TERRY, JR., JOHN COLES TERRY, III, AND ELIZABETH LEE TERRY ALSO KNOWN AS ELIZABETH LEE REYNOLDS ROANOKE COUNTY TAX MAP PARCEL NO. 102.00-01-02.00-0000 AND BEING MVP PARCEL NO. VA-RO-046

    Defendant – Appellant

and

CHARLES MALCOLM LOLLAR, SR.

    Defendant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Gregory, Judge Wynn, and Judge Thacker.

    For the Court

    /s/ Nwamaka Anowi, Clerk